GEORGE W. BAKER, Appellant, v. HENRY HULL and AARON PUGSLEY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BROWNSVILLE SOUTH REALTY COMPANY, Respondent, v. BAYWAY BUILDING CORPORATION and Others, Defendants. LORRAINE WOODWORKING Co., INC., and Others, Respondents, and BROWNSVILLE LUMBER COMPANY, Appellant.— Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

LOUIS J. CANTONI, Respondent, v. STEPHEN CANTONI and MARY CIRINGIONE, Appellants, and Others, Defendants.— Motion to resettle judgment entered on order of modification granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

LILLIAN CAPIE, Appellant, v. JAMES G. CAPIE and Others, Respondents.— Motion for reargument denied. Motion of defendant Capie for leave to file an answering affidavit denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BRUNO CARDAMONE, as Administrator, etc., of JOSEPH CARDAMONE, Deceased, Appellant, v. VALVOLINE OIL COMPANY and ARTHUR P. GRIFFIN, Respondents.— The decision of this motion will be reserved until June 4, 1928, at one P. M., to give plaintiff an opportunity to be represented by counsel to oppose the motion, if desired. As far as the papers show, Mr. Robert H. Elder is still plaintiff's attorney. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN D. COSGROVE, Respondent, v. PHILIP M. BERNSTEIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

GARAGE EXCHANGE CORPORATION, Appellant, v. HARRY SAMBERG and ZENITH GARAGE CORPORATION, Respondents. RETLAW HOLDING CORPORATION, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THEODORE B. HENNENLOTTER, Suing on Behalf of Himself and All Other Stockholders of ROSSIA INSURANCE COMPANY OF PETROGRAD, Respondent, v. CARL F. STURHAHN, and Others, Defendants. BORIS KAMENKA and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of JOHN BUONIELLO, Respondent, for a Peremptory Order of Mandamus, v. BUONIELLO CONTRACTING Co., INC., and Others, Appellants.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of SAMUEL CHUGERMAN, a Disbarred Attorney, for Reinstatement to the Bar.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. Settle order on notice.